B6A (Official Form 6A) (12/07)

In re **Jose Martinez**  Case No. **10-39890**
(if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 1155 W 40 Street. Hialeah, FL  33012<br>Purchased and on title since March 13, 2009.<br>Description:<br>MANGO HILL CONDO NO 6<br>UNIT 17<br>UNDIV 1.80768%<br>INT IN COMMON ELEMENTS<br>Valuation based on private appraisal. | Fee Simple | - | $78,500.00 | $175,250.48 |
| | | Total: | $78,500.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Jose Martinez**                                    Case No. **10-39890**
                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | - | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Interamerican Bank<br>Checking Account: #X9641 | - | $120.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Description:<br>Living Room:<br>1 sofa, 1 love seat, 1 coaktail table.<br>Room:<br>1 bed, 1 nightstands, 1 television stand.<br>Kitchen:<br>No furniture in dinning room or kitchen.<br>Appliances<br>1 refrigirator, 1 stove, 1 microwave, and 1 coffee maker. | - | $750.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Used Clothes and Shoes. | - | $80.00 |
| 7. Furs and jewelry. | | Jewelry:<br>1 watch. | - | $20.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jose Martinez**                                                                 Case No. **10-39890**
                                                                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jose Martinez**                                                                 Case No.   **10-39890**
                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jose Martinez**　　　　　　　　　　　　　　　　　　　　　　　Case No. **10-39890**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Automobile<br>VIN:1FTRW07W11KD98776<br>Mileage: 120,000<br>Valuation obtained from Blue Kelley Book<br>(Rebuilt) | - | $2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jose Martinez**                                                                       Case No.  **10-39890**
                                                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                           _____4_____ continuation sheets attached      **Total >**     **$2,990.00**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Jose Martinez**                                                                 Case No. **10-39890**
                                                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1155 W 40 Street. Hialeah, FL 33012<br>Purchased and on title since March 13, 2009.<br>Description:<br>MANGO HILL CONDO NO 6<br>UNIT 17<br>UNDIV 1.80768%<br>INT IN COMMON ELEMENTS<br>Valuation based on private appraisal. | Fla. Const. art. X § 4(a)(1); Fla. Stat. Ann. §§ 222.01, .02 | $78,500.00 | $78,500.00 |
| Cash on Hand | Fla. Const. art. X, § 4(a)(2) | $20.00 | $20.00 |
| Interamerican Bank<br>Checking Account: #X9641 | Fla. Const. art. X, § 4(a)(2) | $120.00 | $120.00 |
| Description:<br>Living Room:<br>1 sofa, 1 love seat, 1 coaktail table.<br>Room:<br>1 bed, 1 nightstands, 1 television stand.<br>Kitchen:<br>No furniture in dinning room or kitchen.<br>Appliances<br>1 refrigirator, 1 stove, 1 microwave, and 1 coffee maker. | Fla. Const. art. X, § 4(a)(2) | $750.00 | $750.00 |
| Used Clothes and Shoes. | Fla. Const. art. X, § 4(a)(2) | $80.00 | $80.00 |
| Jewelry:<br>1 watch. | Fla. Const. art. X, § 4(a)(2) | $20.00 | $20.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $79,490.00 | $79,490.00 |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Jose Martinez**                                                                 Case No.  **10-39890**
                                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Automobile<br>VIN:1FTRW07W11KD98776<br>Mileage: 120,000<br>Valuation obtained from Blue Kelley Book<br>(Rebuilt) | Fla. Stat. Ann. § 222.25(1) | $1,000.00 | $2,000.00 |
|  |  | **$80,490.00** | **$81,490.00** |

B6D (Official Form 6D) (12/07)

In re **Jose Martinez**                                     Case No. **10-39890**
                                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **XXXX0220**<br>**Chase**<br>POB 78420<br>Phoenix, AZ 85062 | | - | DATE INCURRED: **2/2002**<br>NATURE OF LIEN:<br>**1st Mortgage**<br>COLLATERAL:<br>**1155 W 40 Street. Hialeah, FL  33012**<br>REMARKS:<br>**Homestead property.**<br><br>VALUE: $78,500.00 | | | | $84,250.48 | $5,750.48 |
| ACCT #: **XXXX5456**<br>**Chase**<br>10790 Rancho Bernardo Rd<br>Advanta, San Diego, CA 92127 | | - | DATE INCURRED: **10/2004**<br>NATURE OF LIEN:<br>**2nd Mortgage**<br>COLLATERAL:<br>**1155 W 40 Street. Hialeah, FL  33012**<br>REMARKS:<br>**Homestead Property.**<br><br>VALUE: $78,500.00 | | | | $91,000.00 | $91,000.00 |
| | | | Subtotal (Total of this Page) > | | | | $175,250.48 | $96,750.48 |
| | | | Total (Use only on last page) > | | | | $175,250.48 | $96,750.48 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Jose Martinez**                                                                                                       Case No.   **10-39890**
                                                                                                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Jose Martinez**  Case No. **10-39890**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**The Bankruptcy Clinic, PA**<br>**900 West 49 Street**<br>**Suite 500**<br>**Hialeah, Florida 33012** | | - | DATE INCURRED: **10/01/2010**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $1,750.00 | $1,750.00 | $0.00 |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >   $1,750.00   $1,750.00   $0.00

Total >   $1,750.00

(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals >   $1,750.00   $0.00

(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re **Jose Martinez**                                    Case No. **10-39890**
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **XXXX6653**<br>**AMEX**<br>POB 360002<br>Ft. Lauderdale, FL 33336 | | - | DATE INCURRED: **7/2003**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $2,579.00 |
| ACCT #: **XXXX7796**<br>**Bachomeloans**<br>**Bank of America Home Loans**<br>POB 9000<br>Getsville, NY 14068 | | - | DATE INCURRED: **1/2006**<br>CONSIDERATION:<br>**Real Estate Mortgage**<br>REMARKS:<br>**Quick claim deed to ex-wife at time of the divorce.** | | | | $222,658.00 |
| ACCT #: **XXXX6137**<br>**CBBMEX**<br>POB 360002<br>Ft. Lauderdale, FL 33336 | | - | DATE INCURRED: **5/2003**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $600.00 |
| ACCT #: **XXX3144**<br>**Chase**<br>N54 W 13600 Woodale Dr.<br>Mennomonee, WI 53051 | | - | DATE INCURRED: **3/2005**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $204.00 |
| ACCT #: **XXXX6001**<br>**Chase**<br>10790 Ranco Bernando Rd Avanta<br>San Diego, CA 92127 | | - | DATE INCURRED: **2/2005**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $22,462.00 |
| ACCT #: **XXXX2264**<br>**Chase**<br>N54 W 13600 Woodale Dr<br>Mennomonee, WI 53051 | | - | DATE INCURRED: **5/2006**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $7,692.00 |
| | | | | | | Subtotal > | $256,195.00 |
| | | | | | | Total > | |

_____**4**_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jose Martinez**　　　　　　　　　　　　　　Case No. **10-39890**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **XXXX**<br>**Citibank/ C/O Midland Credit**<br>**5775 Roscoe CT**<br>**San Diego, CA 92123** | | - | DATE INCURRED: **4/2009**<br>CONSIDERATION: **Credit Card Purchases**<br>REMARKS: | | | | $1,028.00 |
| ACCT #: **XXXX6140**<br>**Discover Card**<br>**POB 15251**<br>**Wilmington, DE 19886** | | - | DATE INCURRED: **12/2005**<br>CONSIDERATION: **Credit Card Purchases**<br>REMARKS: | | | | $5,991.00 |
| ACCT #: **XXXX0000**<br>**DSRM NT BK**<br>**POB 93440**<br>**Alberque, NM 87199-3440** | | - | DATE INCURRED: **4/2008**<br>CONSIDERATION: **Credit Card Purchases**<br>REMARKS: | | | | $653.00 |
| ACCT #: **XXXX9962**<br>**El Dorado Furniture**<br>**1260 NW 72 Ave.**<br>**Miami, FL 33126** | | - | DATE INCURRED: **1/2009**<br>CONSIDERATION: **Credit Card Purchases**<br>REMARKS: | | | | $5,536.00 |
| ACCT #: **XXXX1222**<br>**GE Money Bank C/O Cavalry Port**<br>**POB 1030**<br>**Hawthorne, NY 10532** | | - | DATE INCURRED: **7/2008**<br>CONSIDERATION: **Credit Card Purchases**<br>REMARKS: | | | | $5,536.00 |
| ACCT #: **XXXX1845**<br>**GE MoneyBank/C/O Cavalry Port**<br>**POB 1030**<br>**Hawthorne, NY 10532** | | - | DATE INCURRED: **7/2008**<br>CONSIDERATION: **Credit Card Purchases**<br>REMARKS: | | | | $6,324.00 |

Sheet no. **1** of **4** continuation sheets attached to　　　　　　　　　　　　　　　　　　　　　　**Subtotal >**　　$25,068.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jose Martinez**                                        Case No. **10-39890**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **XXXX0549**<br>**GEMB/BRD MRT**<br>**GE Money Bank**<br>**POB 960061**<br>**Orlando, FL 32896** | | - | DATE INCURRED: **9/2003**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $2,026.00 |
| ACCT #: **XXXX0759**<br>**GEMB/City**<br>**POB 276**<br>**C/O Cardholder Operations**<br>**Dayton, OH 45401** | | - | DATE INCURRED: **10/2007**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $9,800.00 |
| ACCT #: **XXXX3231**<br>**GEMB/WALM**<br>**POB 960023**<br>**Orlando, FL 32896** | | - | DATE INCURRED: **1/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $1,216.00 |
| ACCT #: **XXXX0893**<br>**GEMBCHEVRO**<br>**POB 2001**<br>**Concord, CA 95476** | | - | DATE INCURRED: **8/2006**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $893.00 |
| ACCT #: **XXXX6908**<br>**HSBC/BSTBY**<br>**1405 Foulk Road**<br>**Wilmington, DE 19808** | | - | DATE INCURRED: **12/2008**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $2,078.00 |
| ACCT #: **XXXX1352**<br>**KOHL/CHASE**<br>**N56 W17000**<br>**Ridge Dr. Menomonee Falls, WI** | | - | DATE INCURRED: **7/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $1,008.00 |

Sheet no. __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $17,021.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jose Martinez**  Case No. **10-39890**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **XXXX6908**<br>**LVNV Funding**<br>**POB 10497**<br>**Greenville, SC 29603** | | - | DATE INCURRED: **10/2008**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $2,207.00 |
| ACCT #: **XXXX2220**<br>**MACYSDSNB**<br>**POB 4585**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED: **1/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $1,242.00 |
| ACCT #: **XXXX7324**<br>**Sears/CBSD**<br>**143200 Smith Rd**<br>**Cleveland, OH 44130** | | - | DATE INCURRED: **2/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $500.00 |
| ACCT #: **XXXX3541**<br>**US Department of Education**<br>**501 Bleeker Street**<br>**Utica, NY 13502** | | - | DATE INCURRED: **11/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $5,950.00 |
| ACCT #: **XXXX8408**<br>**Visa/DSNB**<br>**POB 8218**<br>**Mason, OH-450408218** | | - | DATE INCURRED: **9/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $2,550.00 |
| ACCT #: **XXXX1762**<br>**WF Jewelry**<br>**19685 S Main St.**<br>**Wake Forest, NC** | | - | DATE INCURRED: **1/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $5,300.00 |

Sheet no. __3__ of __4__ continuation sheets attached to  Subtotal >  $17,749.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Jose Martinez**                                          Case No.  **10-39890**
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **XXXX0632**<br>**WFNNB/TSA**<br>**1000 Vorhees Dr**<br>**VVorhees, NJ 08043** | | - | DATE INCURRED: **2/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $806.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to                        Subtotal >    $806.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >       $316,839.00
                            (Use only on last page of the completed Schedule F.)
                            (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Jose Martinez** Case No. **10-39890**
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Jose Martinez**  Case No. **10-39890**
(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |