**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida (Miami)**

In re:
JOSE MARTINEZ

Case No.:   10-39890
Chapter:    13
Loan Number (Last 4):   0220

## NOTICE OF PAYMENT CHANGE

Chase Home Finance, LLC., a secured creditor, hereby gives notice under Local Rule 3070-1(B)(1) and pursuant to the mortgage documents, which governs the creditor's right to change the amount of payment from time to time for the reasons so stated in the loan documents*, that the regular monthly payment amount will change effective January 01, 2011. The new regular monthly [mortgage] payment is $899.45 effective January 01, 2011. [The new regular monthly mortgage payment is comprised of principal and interest in the amount of $648.88, and escrow payment for taxes and other amount, mortgage insurance, of $250.57.] Documentation to support the increased regular [mortgage] payment is attached hereto as Exhibit "A". Secured Creditor requests that the necessary action be taken to ensure that the correct payments are provided for by the debtor. Any questions regarding this payment change should be directed to:

Date:   November 28, 2010

By:   /s/ Diana Duarte
      Authorized Filing Agent for Filer

Diana Duarte
Chase Home Finance, LLC.
10790 Rancho Bernardo Road
San Diego, CA 92127
Telephone: 888-332-3412
Fax:
Email Address:

The sample of the local form prompts the filer to provide the name and section of the document (such as mortgage); however, the rule does not explicitly require this information.  The filer hereby declares that the name and section document is made readily available to the court and all interested parties when the Proof of Claim was filed.  All essential, material, and important references to the name and section of the loan document has been fulfilled.  Due to the substantial risk of missing the local court's 30 day deadline to file the payment change notice, time is of the essence; therefore, please refer to the loan documents provided with the Proof of Claim for the name and section of the document governing the right to establish a payment change.

321429-bf88549f-a711-4b90-b12d-02bfdcef586e

# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2010, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Jose Martinez
1155 West 40 St.
Hialeah, FL 33012

Debtor's Attorney:

Robert Sanchez, Esq.
900 W 49 St 500
Hialeah, FL 33012

Trustee:

Nancy N Herkert
www.ch13herkert.com
POB 279806
Miramar, FL 33027

/s/ Bill Taylor
_____

As Authorized Filing Agent for Filer

321429-789fc755-6821-44b4-8b0c-d8599ec6e0a5

04911  1-1

# CHASE

## Annual Escrow Account Disclosure Statement

**Customer Care**
**Customer Care Phone:** 1-800-848-9136
**Hearing Impaired (TDD):** 1-800-582-0542
www.chase.com/homefinance/customerservice

04911 ESA  Z 28710 C -
JOSE A MARTINEZ
ANABEL FERNANDEZ
1155 W 40TH ST
HIALEAH FL  33012-7741

**Loan Summary**
Loan Number:
Principal Balance: $84,250.48
Escrow Balance: $658.84
Next Payment Due: 09/01/09

**Statement Date**
**October 7, 2010**

**Property Address:**
1155 W 40 St
Hialeah, FL

**Prior Payment Breakdown**
Principal and Interest   $648.88
Escrow                   $302.17
**Total Payment**        **$951.05**

**New Payment Breakdown Effective 01/01/11**
Principal and Interest   $648.88
Escrow                   $250.57
**Total Payment**        **$899.45**



## YOUR ESCROW ACCOUNT HISTORY
Keep this statement for your records.  This history compares the escrow activity that was projected for the past period with your actual escrow activity.  Because taxes and insurance premiums were projections, the actual amounts paid may be different.

**Comparing Projections to the Actual Payments**

| | | Prior Year Projection | | | Actual Activity | | |
|---|---|---|---|---|---|---|---|
| Description | Month | Payments to escrow account | Payments from escrow account | Escrow Balance | Payments to escrow account | Payments from escrow account | Escrow Balance |
| Beginning Balance | | $0.00 | $0.00 | $1,295.73 | $0.00 | $0.00 | $93.81 |
| Payment | 04/10 | $251.20 | $0.00 | $1,546.93 | $0.00* | $0.00 | $93.81 |
| Fha | 04/10 | $0.00 | $35.24 | $1,511.69 | $0.00* | $0.00* | $93.81 |
| Fha | 04/10 | $0.00 | $0.00 | $1,511.69 | $0.00 | $34.61* | $59.20 |
| Payment | 05/10 | $251.20 | $0.00 | $1,762.89 | $0.00* | $0.00 | $59.20 |
| Fha | 05/10 | $0.00 | $35.24 | $1,727.65 | $0.00* | $0.00* | $59.20 |
| Fha | 05/10 | $0.00 | $0.00 | $1,727.65 | $0.00 | $34.61* | $24.59 |
| Payment | 06/10 | $251.20 | $0.00 | $1,978.85 | $0.00* | $0.00 | $24.59 |
| Fha | 06/10 | $0.00 | $35.24 | $1,943.61 | $0.00* | $0.00* | $24.59 |
| Fha | 06/10 | $0.00 | $0.00 | $1,943.61 | $0.00 | $34.61* | $10.02- |
| Payment | 07/10 | $251.20 | $0.00 | $2,194.81 | $0.00* | $0.00 | $10.02- |
| Fha | 07/10 | $0.00 | $35.24 | $2,159.57 | $0.00* | $0.00* | $10.02- |
| Fha | 07/10 | $0.00 | $0.00 | $2,159.57 | $0.00 | $34.61* | $44.63- |
| Payment | 08/10 | $251.20 | $0.00 | $2,410.77 | $0.00* | $0.00 | $44.63- |
| Fha | 08/10 | $0.00 | $35.24 | $2,375.53 | $0.00* | $0.00* | $44.63- |
| Fha | 08/10 | $0.00 | $0.00 | $2,375.53 | $0.00 | $34.61* | $79.24- |
| Payment | 09/10 | $251.20 | $0.00 | $2,626.73 | $807.30* | $0.00 | $728.06 |
| Fha | 09/10 | $0.00 | $35.24 | $2,591.49 | $0.00* | $0.00* | $728.06 |
| Fha | 09/10 | $0.00 | $0.00 | $2,591.49 | $0.00 | $34.61* | $693.45 |
| Payment | 10/10 | $251.20 | $0.00 | $2,842.69 | $4,230.38* | $0.00 | $4,923.83 |
| Fha | 10/10 | $0.00 | $35.24 | $2,807.45 | $0.00* | $0.00* | $4,923.83 |
| Fha | 10/10 | $0.00 | $0.00 | $2,807.45 | $0.00 | $34.61* | $4,889.22 |
| Payment | 11/10 | $251.20 | $0.00 | $3,058.65 | $302.17* | $0.00 | $5,191.39 |
| Fha | 11/10 | $0.00 | $35.24 | $3,023.41 | $0.00* | $35.24 | $5,156.15 |
| County Tax | 11/10 | $0.00 | $2,591.49 | $431.92 | $0.00 | $2,591.49 | $2,564.66 |
| Payment | 12/10 | $251.20 | $0.00 | $683.12 | $302.17* | $0.00 | $2,866.83 |
| Fha | 12/10 | $0.00 | $35.24 | $647.88 | $0.00* | $35.24 | $2,831.59 |
| Payment | 01/11 | $251.20 | $0.00 | $899.08 | $0.00* | $0.00 | $2,831.59 |
| Fha | 01/11 | $0.00 | $35.24 | $863.84 | $0.00* | $0.00* | $2,831.59 |
| Payment | 02/11 | $251.20 | $0.00 | $1,115.04 | $0.00* | $0.00 | $2,831.59 |
| Fha | 02/11 | $0.00 | $35.24 | $1,079.80 | $0.00* | $0.00* | $2,831.59 |
| Payment | 03/11 | $251.20 | $0.00 | $1,331.00 | $0.00* | $0.00 | $2,831.59 |
| Fha | 03/11 | $0.00 | $35.24 | $1,295.76 | $0.00* | $0.00* | $2,831.59 |
| **Total** | | **$3,014.40** | **$3,014.37** | | **$5,642.02** | **$2,904.24** | |

* Either the date or the amount differs from the previous projection.

Your previous Escrow Account Disclosure Statement projected payments to your escrow account would be $251.20 monthly, totaling $3,014.40.  Under federal law, your lowest monthly balance should not go below $431.92.

Escrow Surplus Information

At this time, your Escrow Analysis account had a surplus in the amount of $2,183.74.

Your Escrow Surplus check of $2,183.74 will be mailed on November 1, 2010.  Please allow ten days after November 1, 2010 for receipt.  If your account is past due, the escrow surplus of $2,183.74 will be retained in your escrow account.

GENERAL ESCROW INFORMATION

Instead of making multiple payments for insurance and taxes during the year, escrow enables you to put money aside monthly and let Chase handle the payments.

| Description | Due Date | New Year Projections | Monthly Required Escrow | Description | Due Date | New Year Projections | Monthly Required Escrow |
|---|---|---|---|---|---|---|---|
| Mortgage Ins | 01/11 | $415.32 | $34.61 | County Tax | 11/11 | $2,591.49 | $215.95 |
|  |  |  |  | **Totals** |  | **$3,006.81** | **$250.57** |

REQUIRED RESERVE

Section 10 of the Real Estate Settlement Procedures Act (RESPA) authorizes lenders to collect and maintain up to one-sixth of your total disbursements in your escrow account at all times. The required reserve is used to cover increased tax and insurance disbursements. We do not cushion for mortgage insurance or optional products.

| | |
|---|---|
| Total Monthly Required Escrow | $250.57 |
| Total Required Reserve | $431.92 |

PROJECTIONS FOR COMING YEAR

This is an estimate of activity projected for your escrow account during the coming year. The **Target Balance** is the beginning balance necessary to bring your escrow account at its lowest point during the next 12 months to zero plus the allowed required reserve.

**Indicates the Lowest Projected Balance in your account during the next 12 months. Some escrow accounts may be billed for periods longer than one year. The account balance may not reach its Lowest Projected Balance this year because one of the escrow items may be on a three-year cycle.

| Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance | Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance |
|---|---|---|---|---|---|---|---|---|---|
| Target Balance |  | $0.00 | $0.00 | $647.85 | Payment | 07/11 | $250.57 | $0.00 | $2,194.18 |
| Payment | 01/11 | $250.57 | $0.00 | $898.42 | Fha | 07/11 | $0.00 | $34.61 | $2,159.57 |
| Fha | 01/11 | $0.00 | $34.61 | $863.81 | Payment | 08/11 | $250.57 | $0.00 | $2,410.14 |
| Payment | 02/11 | $250.57 | $0.00 | $1,114.38 | Fha | 08/11 | $0.00 | $34.61 | $2,375.53 |
| Fha | 02/11 | $0.00 | $34.61 | $1,079.77 | Payment | 09/11 | $250.57 | $0.00 | $2,626.10 |
| Payment | 03/11 | $250.57 | $0.00 | $1,330.34 | Fha | 09/11 | $0.00 | $34.61 | $2,591.49 |
| Fha | 03/11 | $0.00 | $34.61 | $1,295.73 | Payment | 10/11 | $250.57 | $0.00 | $2,842.06 |
| Payment | 04/11 | $250.57 | $0.00 | $1,546.30 | Fha | 10/11 | $0.00 | $34.61 | $2,807.45 |
| Fha | 04/11 | $0.00 | $34.61 | $1,511.69 | Payment | 11/11 | $250.57 | $0.00 | $3,058.02 |
| Payment | 05/11 | $250.57 | $0.00 | $1,762.26 | Fha | 11/11 | $0.00 | $34.61 | $3,023.41 |
| Fha | 05/11 | $0.00 | $34.61 | $1,727.65 | County Tax | 11/11 | $0.00 | $2,591.49 | $431.92** |
| Payment | 06/11 | $250.57 | $0.00 | $1,978.22 | Payment | 12/11 | $250.57 | $0.00 | $682.49 |
| Fha | 06/11 | $0.00 | $34.61 | $1,943.61 | Fha | 12/11 | $0.00 | $34.61 | $647.88 |
|  |  |  |  |  | **Total** |  | **$3,006.84** | **$3,006.81** |  |

COMPUTATION OF YOUR ESCROW ACCOUNT

**Escrow Surplus:** Your Anticipated Escrow Balance is $2,831.59. Your Target Balance according to this analysis is $647.85. The Anticipated Escrow Balance is greater than the Target Balance. For that reason your account has a surplus in the amount of $2,183.74.

| | | |
|---|---|---|
| Anticipated Escrow Balance | $2,831.59 | **Anticipated Escrow Balance** is calculated by taking your actual escrow balance of $658.84 as of October 7, 2010. The balance is then calculated by adding all payments and subtracting all disbursements scheduled for your escrow account until the effective date of the new payment, January 1, 2011. |
| Minus the Target Balance | $647.85 | |
| Escrow Surplus | $2,183.74 | |

**This statement is not a request for payment. It is for informational purposes only.**
Your new monthly mortgage payment for the coming year will be $899.45 of which $648.88 will be for principal and interest and $250.57 will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.

ESA 28710 C