**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida (Miami)**

In re:

JOSE MARTINEZ

Case No.:    10-39890
Chapter:    13
Loan Number (Last 4):    0220

## NOTICE OF PAYMENT CHANGE

Chase Home Finance, LLC., a secured creditor, hereby gives notice under Local Rule 3070-1(B)(1) and pursuant to the mortgage documents, which governs the creditor's right to change the amount of payment from time to time for the reasons so stated in the loan documents*, that the regular monthly payment amount will change effective January 01, 2011. The new regular monthly [mortgage] payment is $899.45 effective January 01, 2011. [The new regular monthly mortgage payment is comprised of principal and interest in the amount of $648.88, and escrow payment for taxes and other amount, mortgage insurance,  of $250.57.] Documentation to support the increased regular [mortgage] payment is attached hereto as Exhibit "A". Secured Creditor requests that the necessary action be taken to ensure that the correct payments are provided for by the debtor. Any questions regarding this payment change should be directed to:

It is the practice of Creditor and its agent to send RESPA compliant notices to Borrower(s) whenever any change in payment is made.  Although there is record of this notice having been given, a copy is not able to be located for inclusion with this notice to the US Bankruptcy Court. In an attempt to comply with the Local Rule, this notice, which contains the pertinent payment change information, is being submitted. Creditor will provide any additional information to the court, and to any party to this proceeding, upon request.

Date:    November 28, 2010

By:    /s/ Diana Duarte
_____

Authorized Filing Agent for Filer

Diana Duarte

Chase Home Finance, LLC.

10790 Rancho Bernardo Road

San Diego, CA 92127

Telephone: 888-332-3412

Fax:

Email Address:

The sample of the local form prompts the filer to provide the name and section of the document (such as mortgage); however, the rule does not explicitly require this information.  The filer hereby declares that the name and section document is made readily available to the court and all interested parties when the Proof of Claim was filed.  All essential, material, and important references to the name and section of the loan document has been fulfilled.  Due to the substantial risk of missing the local court's 30 day deadline to file the payment change notice, time is of the essence; therefore, please refer to the loan documents provided with the Proof of Claim for the name and section of the document governing the right to establish a payment change.

323139-16c20f35-d1c0-4531-bf29-723e8d27b4ad

# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2010, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Jose Martinez
1155 West 40 St.
Hialeah, FL 33012

Debtor's Attorney:

Robert Sanchez, Esq.
900 W 49 St 500
Hialeah, FL 33012

Trustee:

Nancy N Herkert
www.ch13herkert.com
POB 279806
Miramar, FL 33027

/s/ Bill Taylor
_____

As Authorized Filing Agent for Filer

323139-5f6991e7-f03b-482d-b956-486c1e338434