UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN RE:
JOSE MARTINEZ                          CASE NO.: 10-39890-AJC
                                       CHAPTER 13
DEBTOR(S)

_____

## NOTICE OF APPEARANCE

**COMES NOW**, Jan S. McLaughlin, of the Law Firm of Butler & Hosch, P.A., and hereby gives Notice of Appearance in this cause as Counsel for Creditor, Chase Home Finance LLC.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

**DATED** this 4th day of January 2010

/s/ Jan S. McLaughlin
Jan S. McLaughlin, #0925860
Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, Florida 32812-7315
Telephone: (407) 381-5200
Fax: (407) 381-5577

B&H # 290075

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the following:

Debtor: Jose Martinez
1155 West 40 St.
Hialeah, FL 33012

Debtor Attorney: Robert Sanchez, Esq.
900 W 49 Street # 500
Hialeah, FL 33012

Bankruptcy Trustee: Nancy N. Herkert
PO Box 279806
Miramar, FL 33027

United States Trustee:
51 SW 1st Avenue
Suite 1204
Miami, FL 33130

**DATED** this 4th day of January 2010

/s/ Jan S. McLaughlin
Jan S. McLaughlin, #0925860

B&H # 290075