CASE NO.: __10-39890-AJC__

☐ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jose A. Martinez
Last Four Digits of SS# xxx-xx-6354

CO-DEBTOR: _____
Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ __1,413.70__ for months __1__ to __60__ ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:
Attorney's Fee   $ 3,750.00 + $500 (Motion to Value)=$4250.00
TOTAL PAID      $ 2500.00
Balance Due     $ 1,750.00  payable $ 145.84 month (Months __1__ to __12__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Chase Home Mortgage
Address P.O. Box 0220
        Phoenix, AZ 85062
        Loan #xxxxxxxx0220

Arrearage on Petition Date $ 15,525.85
Arrears Payment $ 175.44 /month (Months __1__ to __12__)
Arrears Payment $ 279.61 /month (Months __13__ to __60__)
Regular Payment $ 951.05 /month (Months __1__ to __60__)

2. _____

Arrears Payment $_____
Arrears Payment $_____ /month (Months ___ to ___)
Regular Payment $_____ /month (Months ___ to ___)
Arrears Payment $_____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Home Mortgage Loan #xxxxxx5456 Prop Add: 1155 W 40th St #17 Hialeah, FL 33012 | Homestead Property $78,500.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____

Total Due $_____
Payable $_____ /month (Months ____ to ___)

Unsecured Creditors: Pay $ 41.67 month (Months __13__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :).The debtor will provide copies of his income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor Date: 01/17/11

Joint Debtor Date: _____

LF-31 (rev. 06/02/08)