UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                            Case No. 10-39890-AJC
Jose Martinez                                                 Chapter 13

_____Debtor._____/

### DEBTOR'S MOTION TO DEEM FIRST MORTGAGE WITH CHASE HOME MORTGAGE / JP MORGAN CHASE CURRENT AS OF DECEMBER 1, 2015 AND TO DEEM SECOND MORTGAGE STRIPPED IN ACCORDANCE WITH THE CHAPTER 13 PLAN

COMES NOW the Debtor, Jose Martinez, by and through the undersigned counsel, and files this Motion to Deem Mortgage of Chase Home Mortgage Current as of December 1, 2015 and Deeming that the Second Mortgage was Stripped in Accordance with the Chapter 13 Plan and in support states as follows:

1. This case was filed on September 30, 2010.

2. The Debtor filed a Chapter 13 Plan, which cures and maintains the first mortgage xxxx5456 on his homestead with Chase Home Mortgage / JP Morgan Chase, N.A. as a secured creditor and also stripping off the second mortgage xxxx0220 as fully unsecured with the same creditor.

3. The Confirmed Plan paid the secured claim all of the arrearage and the regular payment during the life of the plan up to and including the December 1, 2016 payment, which was the last payment due on the plan.

4. The Debtor has now completed and received a discharge on March 4, 2016 under the confirmed Chapter 13 Plan. As such, the Debtor seeks an

order deeming Chase Home Mortgage / JP Morgan Chase, N.A. current through December 1, 2015 and that that first payment due to be paid directly to the creditor should be the January 1, 2016 (the following month's payment).

5. The secured creditor is not acknowledging that the Debtor is up to date as of October 1, 2016.

6. An Order Granting Motion to Value and Determine Secured Status of Lien on Real Property held by Chase Home Mortgage / JP Morgan Chase, N.A. was entered on January 25, 2011 [ECF #46].

7. The Debtor is requesting that in the event that the Creditor, the current servicers, or any subsequent assignees or holders of the aforementioned entities attempt to collect any of these fees or expenses, such action shall be deemed to be a willful violation of the orders of this Court; and that such action shall give the right to the Debtors to pursue a proceeding before this court for contempt and appropriate sanctions and such other state and federal statutory remedies as may be available to the debtors and that this Court specifically retain jurisdiction over such claim or claims.

8. The Debtor requests that Creditor, or any subsequent assignees begin providing the Debtor with the monthly reminder as done in the normal course of business of the aforementioned entities and accept payments directly from the Debtor for payments beginning January 1, 2016.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order Deeming the First Mortgage with Chase Home Mortgage / JP Morgan Chase, N.A. current through December 1, 2015, Deeming that the Second Mortgage with Chase Home Mortgage / JP Morgan Chase, N.A. has been Stripped Off, and all other relief which is just.

### Certificate of Admission

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in local Rule 910 (D) (1) and (2).

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing motion and notice of hearing was served upon all parties on the attached list this 18th day of November, 2016 via regular mail.

        Respectfully submitted,
        Robert Sanchez, Esq.
        355 West 49th Street
        Hialeah, FL 33012
        Tel. (305)-687-8008
        By: */s/ Robert Sanchez*
        Robert Sanchez, Esquire
        FBN#0442161