

## ORDERED in the Southern District of Florida on December 27, 2016.

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                                              Case No. 10-39890-AJC
Jose Martinez                                                  Chapter 13

_____Debtor._____/

### ORDER GRANTING DEBTOR'S MOTION TO DEEM FIRST MORTGAGE WITH CHASE HOME MORTGAGE / JP MORGAN CHASE CURRENT AS OF DECEMBER 1, 2015 AND TO DEEM SECOND MORTGAGE STRIPPED IN ACCORDANCE WITH THE CHAPTER 13 PLAN

THIS CAUSE came to be heard on  December 20, 2016 at 9:00 AM   upon the Debtor's Motion to Deem First Mortgage with Chase Home Mortgage / JP Morgan Chase Current as of December 1, 2015 and to Deem Second Mortgage Stripped in Accordance with the Chapter 13 Plan (the "Motion") (D.E. #73).  There being no objections, based on the record it is

**ORDERED**:

1.  The Motion is granted.

2.  The first mortgage is hereby deemed current as of December 1, 2015.

3. The first payment for the first mortgage after bankruptcy that is due is January 1, 2016.

4. The second mortgage is hereby deemed stripped off as per the Order Granting the Motion to Value on January 25, 2011 [ECF#46].

5. In the event that the Creditor, the current servicers, or any subsequent assignees or holders of the aforementioned entities attempt to collect any payments, fees or expenses, such action shall be deemed to be a willful violation of the orders of this Court; and that such action shall give the right to the Debtors to pursue a proceeding before this court for contempt and appropriate sanctions and such other state and federal statutory remedies as may be available to the debtors and that this Court specifically retain jurisdiction over such claim or claims.

6. Creditor, or any subsequent assignees, shall begin providing the Debtor with the monthly reminder for the first mortgage as done in the normal course of business of the aforementioned entities and accept payments directly from the Debtor for payments beginning January 1, 2016.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.